# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

LOIS WILSON

VERSUS

CAPITAL ONE FINANCIAL
CORPORATION D/B/A CAPITAL
ONE BANK, CAPITAL ONE N.A.,
DELMONT VILLAGE ASSOCIATES,
LLC D/B/A DELMONT VILLAGE
SHOPPING CENTER, TRAVERLERS
INSURANCE COMPANY, ST. PAUL
FIRE & MARINE INSURANCE
COMPANY, FEDERAL INSURANCE
COMPANY, AND XYZ INSURANCE
COMPANY

NO.   2020 CW 1181

DECEMBER 03, 2020

---

In Re:   Lois Wilson, applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge,
         No. 675662.

---

BEFORE:   HIGGINBOTHAM, THERIOT, AND WOLFE, JJ.

**WRIT GRANTED WITH ORDER.** The district court's November 2, 2020 judgment is a final, appealable judgment. See La. Code Civ. P. art. 1915(A). Thus, the writ application is granted for the limited purpose of remanding this matter to the district court with instructions to grant an appeal to plaintiff pursuant to the notice of intent to apply for supervisory writs. See **In Re Howard**, 541 So.2d 195 (La. 1989) (per curiam). In the event plaintiff seeks to appeal the trial court's judgment, she shall submit a new order for appeal to the trial court within fifteen days of this court's order. Additionally, a copy of this court's order is to be included in the appellate record.

**TMH**
**MRT**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT